UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES -- GENERAL

Case No.   EDCV-12-1389-R                                    Date: September 4, 2012

Title:   BRIAN HALVERSON -v- CITIBANK NA et al
=======================================================================

PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

<u>Kane Tien</u>                                                 <u>None Present</u>
Courtroom Deputy                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                            None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) SUA SPONTE DISMISSING DUPLICATIVE ACTION


**The Court hereby ORDERS this action DISMISSED as duplicative of Civil Action No. CV-12-4564-R.**

**IT IS SO ORDERED.**


cc: counsel of record

MINUTES FORM 11                                          Initials of Deputy Clerk ___KTI___
CIVIL -- GEN